Cornelius Lynch, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.    All concurred.